IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff, | : Civil No. 1:07CV00358<br>:<br>: |
| v. | :<br>: |
| $5,210.00.00 in U.S. CURRENCY,<br>　　　　Defendant. | :<br>: |

## **ENTRY OF DEFAULT**

IT APPEARING that all persons and entities having any interest in the defendant property are in default for failure to file a claim and an answer or otherwise defend as provided for in Rule G of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims.

Default is hereby entered against all persons and entities having any interest in the defendant property.

This the 19th day of September, 2007.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ John S. Brubaker
　　　　　　　　　　　　　　　　　　　　　CLERK, U.S. DISTRICT COURT